IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01228-WDM-MJW

RAMTRON INTERNATIONAL CORPORATION,

Plaintiff(s),

v.

TANTALUS SYSTEMS CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/Planning Conference and all Deadlines (Docket No. 10) is granted. Accordingly, the Rule 16 Scheduling/Planning Conference reset on August 12, 2009, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, is vacated.

It is FURTHER ORDERED that on or before September 4, 2009, the parties shall file their dismissal papers or show cause why this case should not be dismissed.

Date: August 10, 2009